## IVEY *v.* THE STATE.

SIMMONS, C. J.　No error of law was committed, and the evidence authorized the verdict.　　　　*Judgment affirmed. All the Justices concurring.*

Submitted October 21, — Decided November 6, 1901.

Indictment for assault and battery. Before Judge Nottingham. City court of Macon. June term, 1901.

*John R. Cooper*, for plaintiff in error.
*William Brunson, solicitor-general*, contra.